SEEGER WEISS LLP
 550 Broad Street, Suite 920
Newark, NJ 07210
(973) 639-9100
*(Full List of Class Counsel is On the Signature Line)*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

------------------------------------- X
IN RE: VONAGE MARKETING AND :
SALES PRACTICE LITIGATION :
:
------------------------------------- :
:
BUDD NAHAY, ROBERT STARRETT, :
ALEX NEVELSON, ERIC TERRELL, :
DARLENE PENNOCK, FRANCESCO :
TRAMA and JOHN STEWART, on behalf :
of themselves and all others similarly :
situated, :
:
         Plaintiffs, :
:
  -against- :
:
VONAGE AMERICA, INC., :
VONAGE HOLDINGS CORP., and :
VONAGE MARKETING INC. :
:
         Defendants. :
------------------------------------- X

Docket No. 07-3906 (FLW)

**NOTICE OF MOTION FOR FINAL APPROVAL OF SETTLEMENT AND AWARD OF ATTORNEYS' FEES AND EXPENSES**

TO: THE HONORABLE COURT AND ALL COUNSEL OF RECORD

     PLEASE TAKE NOTICE that on May 12, 2011 or at a time and date set by the Court, the undersigned counsel for Plaintiffs and the Class shall move before the Honorable Freda Wolfson, U.S.D.J., at the Clarkson S. Fisher Building

& U.S. Courthouse, 402 East State Street, Room 5E, Trenton, New Jersey for an Order granting Final Approval of the Settlement and Award of Attorneys' Fees and Expenses in this case.

The Plaintiffs intend to rely upon the Memorandum of Law in Support of Final Approval, Memorandum of Law in Support of Award of Attorneys' Fees and Expenses and Declarations filed herewith.

This Motion is unopposed.

Oral argument is requested.

Dated: April 11, 2011

Respectfully submitted,

__/s/ Scott Alan George_____
Scott Alan George
SEEGER WEISS LLP
550 Broad Street, Suite 920
Newark, NJ 07210
(973) 639-9100

Jonathan Shub
SEEGER WEISS LLP
1515 Market Street
Suite 1380
Philadelphia, PA 19102
(215) 564-2300

        Andrew N. Friedman
        Victoria S. Nugent
        James J. Pizzirusso
        Whitney R. Case
        COHEN, MILSTEIN, HAUSFELD &
        TOLL, P.L.L.C.
        1100 New York Avenue, N.W.
        Suite 500, West Tower
        Washington, DC 20005
        (202) 408-4600

        *Co-Lead Class Counsel*