## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

```
-------------------------------- X
IN RE: VONAGE MARKETING           :
AND                               :
SALES PRACTICE LITIGATION         :

-------------------------------- :
                                  :   Docket No. 07-3906 (FLW)
                                  :
BUDD NAHAY, ROBERT                :
STARRETT, ALEX NEVELSON,          :
ERIC TERRELL, DARLENE             :
PENNOCK, FRANCESCO TRAMA          :
and JOHN STEWART, on behalf of    :
themselves and all others similarly :
situated,                         :   DECLARATION OF
                                  :   SCOTT ALAN GEORGE
            Plaintiffs,           :   SUBMITTING THE OPT-OUT
                                  :   REPORT OF THE SETTLEMENT
     -against-                    :   ADMINISTRATOR
                                  :
VONAGE AMERICA, INC.,             :
VONAGE HOLDINGS CORP., and        :
VONAGE MARKETING INC.             :
                                  :
            Defendants.           :
-------------------------------- X
```

I, Scott Alan George, declare under penalty of perjury:

1. I am an associate with the law firm Seeger Weiss LLP which is serving as Co-Lead Class Counsel in this litigation. I submit this declaration pursuant to the Preliminary Approval Order and in advance of the May 12, 2011 Final Approval Hearing.

2. Attached hereto as Exhibit 1 is the Supplemental Affidavit of the Settlement Administrator presenting the number of opt-outs received by the Settlement Administrator.

3. Only 103 qualifying opt-outs were received.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed at Philadelphia, Pennsylvania, on April 29, 2011.

                                               _/s/ Scott Alan George_____
                                               Scott Alan George