**SEEGERWEISS**LLP

550 Broad Street, Newark, NJ 07102     P 973.639.9100     F 973.639.9393     www.seegerweiss.com

July 30, 2012

**VIA  ECF Filing and First Class Mail**

The Honorable Freda L. Wolfson
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

Re:   Nahay and Starett v. Vonage America, Inc. and Vonage Holdings Corp.,
       Civil Action No. 06-5801 (FLW-TJB)

Dear Judge Wolfson:

As you may recall, my firm serves as Co-Lead Counsel for the Settlement Class in the above referenced case along with Cohen Milstein.  I write on behalf of the Settlement Class and with the consent of counsel for the Vonage Defendants in submitting the enclosed documents which seek Court approval of the *cy pres* distribution agreed to by the parties for the remaining Common Fund.

I remain available at Your convenience if I can be of any further assistance.

Respectfully,


/s/ Scott Alan George
Scott Alan George

SAG/bft
Enclosures
cc:     All Counsel of Record via ECF

New York          Newark          Philadelphia          Los Angeles